**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| **TAWNYA BRIGANDI,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | CASE NO. 4:14-CV-00068 |
| | § | |
| **LEX SPECIAL ASSETS, L.L.C.** | § | |
| | § | |
| Defendant. | § | |

**DEFENDANT'S DISCLOSURE STATEMENT**

Pursuant to Rule 7.1, Lex Special Assets, L.L.C. makes the following Disclosure Statement:

Lex Special Assets, L.L.C. is wholly owned by PAMI LLC. PAMI LLC is wholly owned by Property Asset Management Inc. Property Asset Management Inc. is 99.75% owned by Lehman ALI Inc., and Lehman ALI Inc. is wholly owned by Lehman Brothers Holdings Inc., a publicly held corporation.

Respectfully submitted,

   /s/ Joseph T. Krause
**Robert T. Mowery**
Texas Bar No. 14607500
**Jason L. Sanders**
Texas Bar No. 24037428
**Jason R. Marlin**
Texas Bar No. 24050989
**Joseph T. Krause**
Texas Bar No. 24065573
LOCKE LORD LLP
2200 Ross Avenue, Suite 2200
Dallas, Texas 75201-6776
(214) 740-8000
(214) 740-8800 (facsimile)

**ATTORNEYS FOR LEX SPECIAL ASSETS, L.L.C.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of this document was served upon the following counsel of record via the Court's ECF system on this 4th day of February 2014:

Kimberli Wallace
D. KIMBERLI WALLACE, PLLC
9500 Ray White Road
Suite 200
Fort Worth, Texas 76244
(817) 745-4581
(817) 953-7000 (facsimile)
**Counsel for Plaintiff**

   /s/ Joseph T. Krause
Joseph T. Krause